SCANNED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

FILED
SEP 29 1998
LARRY W. PROPES, CLERK
CHARLESTON, SC

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex relatio* George Vessell, and GEORGE VESSELL,<br><br>        Plaintiffs,<br><br>v.<br><br>D.P.S. of Charleston, Inc., a/k/a DPS Association of Charleston, Inc., a/k/a DPS Associates of Charleston, Inc., d/b/a RE/MAX Professional Realty; Candace N. Pratt, Broker in Charge; Thomas J. Gibbons; David Finn; Janine Townsend; Bill Konefal, individually and d/b/a Bill's Painting and Home Repair; Howard Jackson; Century Pest Control, Inc.; Frank Thompson; and Thompson & Sons,<br><br>        Defendants, | Civil Action No. 2:95-1887-2 |

## Consent Order Substituting Counsel

By consent, it is hereby ORDERED that the Clerk of Court change its records to reflect that counsel of record for the plaintiff is changed to;

    Gregg Meyers
    34 Broad Street, Suite 200
    Charleston, SC 29401

Done August 27, 1998.

Hon. C. Weston Houck
United States District Court Judge



We so move and consent:

*Gregg Meyers*
Gregg Meyers
34 Broad Street, Suite 200
Charleston SC 29401
843/720-8714

Approved:

*George Vessell*
George Vessell

We Consent:

*G. Trenholm Walker*
G. Trenholm Walker
Pratt-Thomas, Pearce, Epting & Walker, P.A.
116 Charlotte Street
Charleston, SC 29403
843/727-2200